# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

139080 & (28)(33)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BENJAMIN HOUGHTON BEACH,
      Defendant-Appellant.

SC: 139080
COA: 287697
Genesee CC: 03-012302-FC

_____/

      On order of the Court, the application for leave to appeal the May 12, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand and the motion to hold application in abeyance are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010                _____

p0129                             Clerk